

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

―――――――――――――――

No. 02-19-00442-CV

―――――――――――――――

IN THE ESTATE OF WYNELL N. KLUTTS, DECEASED

On Appeal from the County Court
Hood County, Texas
Trial Court No. P08257C

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Agreed Motion to Dismiss Appeal and Remand to Trial Court for Rendition of Judgment in Accordance with Mediated Settlement Agreement." It is our opinion that the motion should be granted. Therefore, we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' mediated settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W.2d 387, 388 (Tex. 1995).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 2, 2020